IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DESMOND L. HARPER                          §

VS.                                        §                CIVIL ACTION NO.   1:24-CV-438

JOHN B. STEVENS, ET AL.                    §

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Desmond L. Harper, a prisoner currently confined at the Gib Lewis Unit of the

Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed

this civil rights action pursuant to 42 U.S.C. § 1983 against Judge John B. Stevens and the Jefferson

County Correctional Facility.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.

On February 24, 2026, the magistrate judge recommended dismissing the action without prejudice

for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  To date, the parties have

not filed objections to the Report and Recommendation.

The Court received and considered the Report and Recommendation of United States

Magistrate Judge pursuant to such referral, along with the record, pleadings and all available

evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of

the United States Magistrate Judge are correct.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 20] is ADOPTED.  A final judgment will be entered in accordance with this Order.

**SIGNED this 7th day of April, 2026.**

Michael J. Truncale
United States District Judge